AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Robert K. Besley, Jr., on behalf of himself and all others similarly situated,
*Plaintiff*

v.    Civil Action No.    1:15-01511-JMC

FCA US, LLC f/k/a Chrysler Group LLC,
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendant as to the Plaintiff's causes of action for negligent misrepresentation and negligence per se and these claims are dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the defendant's motion to dismiss as to the plaintiff's claims for negligent misrepresentation and negligence per se.

Date:    September 26, 2016            *CLERK OF COURT*

                        s/Angie Snipes
                        _____
                        *Signature of Clerk or Deputy Clerk*